UNITED STATES of America, Appellee,

v.

**Matthew Aaron SAWYER, Appellant.**

No. 08-3089.

United States Court of Appeals, Eighth Circuit.

Submitted: April 14, 2009.

Filed: July 9, 2009.

Ronna A. Holloman-Hughes, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Lajuana M. Counts, Asst. U.S. Atty., Kansas City, MO (John F. Wood, U.S. Atty., on the brief), for appellant.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Matthew Sawyer appeals from the twenty-four month sentence imposed by the district court[1] following Sawyer's violation

---

**1.** The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

of the conditions of his supervised release. Sawyer argues that resentencing is required because the district court did not adequately consider the relevant factors set forth in 18 U.S.C. § 3553(a). Having reviewed the record and the parties' briefs, we conclude that the sentence imposed is reasonable and that the district court adequately explained its reasons for imposing it. *See, e.g., United States v. Perkins,* 526 F.3d 1107 (8th Cir.2008); *United States v. Bear Robe,* 521 F.3d 909 (8th Cir.2008); *United States v. Merrival,* 521 F.3d 889 (8th Cir.2008).

The judgment is affirmed. *See* 8th Cir. R. 47B.